*Wednesday, April 8, 1992*

## MOTION DOCKET

**91–446.** Columbia Gas Transmission Corp. v. Bennett. *Montgomery County*, No. CA 12039. On motion to dismiss or to strike. Motion to strike granted.

**91–2333.** Fallon–Murphy v. Nationwide Mut. Ins. Co. *Franklin County*, No. 91AP–143. On motion to dissolve or lift stay. Motion denied.

**91–2417.** State v. Lewis. *Cuyahoga County*, No. 59535. On motion for stay. Motion granted.

## MISCELLANEOUS DISMISSALS

**90–292.** State, ex rel. Foster, v. Indus. Comm. *Franklin County*, No. 88AP–793. This cause, here on appeal from the Court of Appeals for Franklin County, was considered in the manner prescribed by law. It appears from the records of this court that appellant, city of Oregon, Ohio, has failed to prosecute its appeal with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective April 2, 1992.

*Thursday, April 9, 1992*

## MISCELLANEOUS DISMISSALS

**91–825.** Charlie's Dodge, Inc. v. Celebrezze. *Lucas County*, No. L–90–086. This cause, here on appeal from the Court of Appeals for Lucas County, was considered in the manner prescribed by law. Upon consideration of appellants' application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 7, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, April 15, 1992*

## MERIT DOCKET

**91–2412.** Jacobs v. Dallman. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.